Weil, Gotshal & Manges LLP
Attorneys for Debtors and
Debtors in Possession
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Stephen Karotkin (SK 7357)
Lori R. Fife (LF 2839)
Shai Y. Waisman (SW 6854)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------x
                                                         :
In re                                                    : Chapter 11 Case Nos.
                                                         :
LORAL SPACE                                              : LEAD CASE 03-41710 (RDD)
 & COMMUNICATIONS LTD., et al.,                          : 03-41709 (RDD) through
                                                         :  03-41728 (RDD)
            Debtors.                                     : (Jointly Administered)
                                                         :
---------------------------------------------------------x

**FIRST SUPPLEMENT TO SCHEDULE 8.1 TO**
**THE DEBTORS' FOURTH AMENDED JOINT PLAN OF**
**<u>REORGANIZATION UNDER CHAPTER 11 OF THE BANKRUPTCY CODE</u>**

PLEASE TAKE NOTICE that, pursuant to Sections 8.1 and 8.4 of the Debtors' Fourth Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code, dated June 3, 2005 (the "Plan of Reorganization"), on June 22, 2005, the Debtors filed with this Court Schedule 8.1 to the Plan of Reorganization, which sets forth the executory contracts and unexpired leases to be assumed pursuant to the Plan of Reorganization and the cure amount(s) that the Debtors propose to pay and seek to have fixed in connection with the Debtors' assumption of such executory contracts and unexpired leases. Pursuant to Section 8.1 of the Plan of Reorganization, annexed hereto as Exhibit A is the Debtors' First Supplement to Schedule 8.1, which sets forth certain additional executory contracts and unexpired leases to be assumed pursuant to the Plan of Reorganization and the cure amount(s) that the Debtors propose to pay and seek to have fixed in connection with such assumption.

Dated: June 23, 2005
    New York, New York

/s/ Shai Y. Waisman
Stephen Karotkin (SK 7357)
Lori R. Fife (LF 2839)
Shai Y. Waisman (SW 6854)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

ATTORNEYS FOR DEBTORS AND
DEBTORS IN POSSESSION

# FIRST SUPPLEMENT TO SCHEDULE 8.1

## Schedule of Executory Contracts and Unexpired Leases
## To Be Assumed Pursuant to the Plan of Reorganization[1]

Inclusion of any contract or lease included herein is not an admission that such contract or lease is an executory contract or unexpired lease. The Debtors hereby reserve their rights to assert that any of the contracts or leases on this Schedule 8.1 are not executory contracts or unexpired leases.

| Description of Agreement | Contracting Party | Effective Date | Cure Amount | Contact Information |
|---|---|---|---|---|
| F562 Classified Contract- MAGE | Space Systems/ Loral, Inc. | May 1985 | $0.00 | Classified – MAGE |
| F885 Classified Contract | Space Systems/ Loral, Inc. | June 1989 | $0.00 | Classified – BDM Engineering Support |
| F886 Classified Contract | Space Systems/ Loral, Inc. | April 1989 | $0.00 | Classified – Bedrock |
| F108 Contract DCA100-92-C-0117 Commercial Satcom | Space Systems / Loral, Inc. | July 1992 | $0.00 | Defense Information Systems Agency Contract Management Division, Code PMI Bldg 1 701 So. Court House Road Arlington, VA 22204-2199 |
| F792 Contract 08-02309 Cold-Sat Feasibility Study | Space Systems/ Loral, Inc. | February 1988 | $0.00 | General Dynamics P.O. Box 85212 San Deigo, CA 92138 |
| F909 Contract 960638 Cassini Program | Space Systems/ Loral,Inc. | July 1996 | $0.00 | Jet Propulsion Laboratory 4800 Oak Grove Drive Pasadena, CA 91109 |
| F949 Contract 961159 Prime Contract NAS 7-1260 Grace Phase A | Space Systems / Loral, Inc. | October 1997 | $0.00 | Jet Propulsion Laboratory 4800 Oak Grove Drive Pasadena, CA 91109 |
| F148 Contract CX30A0980M LMMS Technical Services | Space Systems / Loral, Inc. | July 1983 | $0.00 | Lockheed Martin Corporation Space Systems Company, Missiles & Space Operations P.O. Box 3504 Sunnyvale, CA 94088 |

---

[1] All executory contracts and unexpired leases between and among Debtors that are included in this Schedule 8.1 shall be deemed assumed by each Debtor that is a party thereto.

| Description of Agreement | Contracting Party | Effective Date | Cure Amount | Contact Information |
|---|---|---|---|---|
| F483 Contract CA50D5110M Milstar | Space Systems / Loral, Inc. | July 1983 | $0.00 | Lockheed Missiles & Space Company Space Systems Division P.O. Box 504 Sunnyvale Ca 94086 |
| F484 Contract Subcontract H83-1003 | Space Systems / Loral, Inc. | July 1983 | $0.00 | Lockheed Missiles & Space Company Space Systems Division P.O. Box 504 Sunnyvale Ca 94086 |
| F797 Contract NAS5-30327 60 GHz Receiver Local Oscillator | Space Systems/ Loral, Inc, | June 1988 | $0.00 | NASA / Goddard Space Flight Center Greenbelt Road Financial Management Division Greenbelt, MD 20771 |
| F522- Contract NAS3-24235 | Space Systems/ Loral, Inc. | June 1984 | $0.00 | NASA-Lewis Research Center Space Projects Branch, M/S 500-306 21000 Brookpark Road Cleveland, OH 44135 |
| B012 Contract TMC96-5835-0042-04 | Space Systems / Loral, Inc. | March 1998 | $0.00 | Technical Management Concepts, Inc. P.O. Box 340345 Beavercreek,OH 45434-0345 |
| F557 Contract R67921GK5S Prime Contract JPL under NAS7-918 | Space Systems/ Loral, Inc. | April 1985 | $0.00 | TRW Space & Technologies Group TRW, Inc. One Space Park Redondo Beach, CA 90278 |