Weil, Gotshal & Manges LLP
Attorneys for Debtors and
Debtors in Possession
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Stephen Karotkin (SK 7357)
Lori R. Fife (LF 2839)
Shai Y. Waisman (SW 6854)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------x
: 
In re                                                     :   Chapter 11 Case Nos.
                                                          :
LORAL SPACE                                               :   LEAD CASE 03-41710 (RDD)
  & COMMUNICATIONS LTD., et al.,                 :   03-41709 (RDD) through
                                                          :   03-41728 (RDD)
      Debtors.                :   (Jointly Administered)
                                                          :
---------------------------------------------------------x

**PLAN SUPPLEMENT TO DEBTORS' FOURTH AMENDED JOINT PLAN
OF REORGANIZATION UNDER CHAPTER 11 OF THE BANKRUPTCY CODE**

PLEASE TAKE NOTICE that attached hereto is the "Plan Supplement" as such term is defined in the above-captioned Debtors' Fourth Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code, dated June 3, 2005.

Dated: June 28, 2005
     New York, New York

/s/ Stephen Karotkin
Stephen Karotkin (SK 7357)
Lori R. Fife (LF 2839)
Shai Y. Waisman (SW 6854)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

ATTORNEYS FOR DEBTORS AND
DEBTORS IN POSSESSION

**PLAN SUPPLEMENT TO DEBTORS' FOURTH AMENDED JOINT PLAN OF REORGANIZATION UNDER CHAPTER 11 OF THE BANKRUPTCY CODE**

| TAB NO. | DOCUMENT |
|---|---|
| 1 | New Skynet Notes Indenture with Blacklined Copy |
| 2 | Form of New Skynet Note |
| 3 | Registration Rights Agreement (New Loral Common Stock, New Skynet Preferred Stock and New Skynet Notes) |
| 4 | Subscription Forms for Rights Offering |
| 5 | New Loral Certificate of Incorporation |
| 6 | New Loral Bylaws |
| 7 | New Skynet Certificate of Incorporation<br><br>Certificate of Designation of New Skynet Preferred Stock |
| 8 | New Skynet Bylaws |
| 9 | New SS/L Certificate of Incorporation |
| 10 | New SS/L Bylaws |
| 11 | Loral SpaceCom Corporation Certificate of Incorporation |
| 12 | Loral SpaceCom Corporation Bylaws |
| 13 | Loral Space & Communications Holdings Corporation (f/k/a Loral Space & Communications Corporation)<br><br>• Certificate of Incorporation<br>• By-Laws |
| 13a | Certificate of Amendment to Certificate of Incorporation of Other U.S. Reorganized Subsidiaries Which Are Corporations:<br><br>• Loral Space & Communications Corporation (n/k/a Loral Space & Communications Holdings Corporation)<br>• Loral Communications Services, Inc.<br>• Loral CyberStar Services, Inc.<br>• Loral Skynet Network Services, Inc.<br>• Loral CyberStar International, Inc. |
| 14 | Backstop Commitment Agreement |
| 15 | New Management Stock Plan |
| 16 | Form of New Loral Employment Contract |
| 17 | Employment Contract of Bernard L. Schwartz |
| 18 | SERP Amendment |

| TAB NO. | DOCUMENT |
|---|---|
| 19 | List of Subsidiaries that Will Be Merged or Dissolved and Assets to Be Transferred |
| 20 | Schedule of Executory Contracts and Unexpired Leases to Be Assumed Pursuant to the Plan of Reorganization (Schedule 8.1 to the Debtors' Fourth Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code, dated June 3, 2005) |
| 21 | List of Surviving Debtors Whose Organizational Documents Are Not Being Revised |