# EXHIBIT 12

The Loral SpaceCom Corporation Bylaws remain unchanged.