# EXHIBIT 19

NY2:\1336095\01\SMXR01!.DOC\99980.0001

Pursuant to §5.2 (d) of the Plan, the following is a list of the subsidiaries that will be merged or dissolved and the assets to be transferred.

Subsidiaries to be Merged or Dissolved:
- ATSS/Loral Mexico, L.P.
- ATSS Mexico, Inc.
- CyberStar International, L.L.C
- CyberStar Licensee, L.L.C.
- CyberStar, L.P.
- CyberStar Services, L.L.C.
- Loral Broadband Holdings, L.P.
- Loral Canada Inc.
- Loral CyberStar Americas do Brasil Ltda.
- Loral CyberStar Data Americas do Brasil Ltda.
- Loral CyberStar Data do Brasil
- Loral CyberStar Data Services GmbH
- Loral CyberStar do Brasil Ltda.
- Loral CyberStar Global Services, Inc.
- Loral CyberStar Japan, Inc.
- Loral CyberStar Ltd.
- Loral Globalstar Holdings, L.L.C.
- Loral Holdings, Inc.
- Loral Licensing Ltd.
- Loral Satellite, Inc.
- Loral Satellite Ltd.
- SS/L Export Corporation

Assets to be Transferred:
- Equity interests in Space Systems/Loral, Inc.
- Equity interests in XTAR, L.L.C.
- Equity interests in Loral Skynet (IOM) Ltd. (holds sublicense agreements to orbital slots)
- Interests in 4.75 transponders on the Telstar-18 satellite
- Telstar 14/Estrela do Sul-I satellite
- Equity interests in Loral Holdings Ltd (indirectly holds equity interests in Loral Skynet do Brasil Ltda.)
- Equity interests in Loral SpaceCom Corporation (owns certain assets used to operate the satellites and has certain lease rights to three transponders on the SatMex 5 satellite owned by Satelites Mexicanos, S.A. de C.V. ("SatMex"))
- Joint venture rights and interests in Mabuhay Space Holdings Limited
- Equity interests in Globalstar, L.L.C.
- Equity interests in Loral SatMex Ltd. (indirectly holds common equity interests in SatMex) and preferred equity interests in SatMex

- Equity interests in Loral Skynet Network Services, Inc. (owns network services assets)
- Trademark for "Loral" name
- Corporate division assets
- Certain intercompany obligations
- Certain other miscellaneous assets, including immaterial stock and partnership investments

