# EXHIBIT 20

NY2:\1336095\01\SMXR01!.DOC\99980.0001

The Schedule of Executory Contracts and Unexpired Leases to Be Assumed Pursuant to the Plan of Reorganization (Schedule 8.1 to the Debtors' Fourth Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code, dated June 3, 2005), was filed on the docket in the Debtors' chapter 11 cases on June 22, 2005 [Docket No. 2116] and supplemented on June 23, 2005 [Docket No. 2117].