# EXHIBIT 21

NY2:\1336095\01\SMXR01!.DOC\99980.0001

Of the Debtors which will survive after the Effective Date, it is not currently anticipated that the organizational documents of the following Debtors will be amended and their organizational documents are therefore not included in the Plan Supplement:

Loral Ground Services, L.L.C.
Loral Cyberstar GmbH
Loral CyberStar Holdings, L.L.C.
Loral Asia Pacific Satellite (HK) Limited
CyberStar, L.L.C.