Weil, Gotshal & Manges LLP
Attorneys for Debtors and
Debtors in Possession
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Stephen Karotkin (SK 7357)
Lori R. Fife (LF 2839)
Shai Y. Waisman (SW 6854)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------x
:
In re : Chapter 11 Case Nos.
:
LORAL SPACE : LEAD CASE 03-41710 (RDD)
  & COMMUNICATIONS LTD., et al., : 03-41709 (RDD) through
: 03-41728 (RDD)
Debtors. : (Jointly Administered)
:
------------------------------------------------------x

# SECOND SUPPLEMENT TO SCHEDULE 8.1 TO
# THE DEBTORS' FOURTH AMENDED JOINT PLAN OF
# REORGANIZATION UNDER CHAPTER 11 OF THE BANKRUPTCY CODE

PLEASE TAKE NOTICE that, pursuant to Sections 8.1 and 8.4 of the Debtors' Fourth Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code, dated June 3, 2005 (the "Plan of Reorganization"), on June 22, 2005, the Debtors filed with this Court Schedule 8.1 to the Plan of Reorganization, which sets forth the executory contracts and unexpired leases to be assumed pursuant to the Plan of Reorganization and the cure amount(s) that the Debtors propose to pay and seek to have fixed in connection with the Debtors' assumption of such executory contracts and unexpired leases. On June 23, 2005, the Debtors filed the First Supplement to Schedule 8.1. Pursuant to Section 8.1 of the Plan of Reorganization, annexed hereto as Exhibit A is the Debtors' Second Supplement to Schedule 8.1, which sets forth certain additional executory contracts and unexpired leases to be assumed pursuant to the Plan of Reorganization and the cure amount(s) that the Debtors propose to pay and seek to have fixed in connection with such assumption.

Dated: July 14, 2005
      New York, New York

      /s/ Shai Y. Waisman
      Stephen Karotkin (SK 7357)
      Lori R. Fife (LF 2839)
      Shai Y. Waisman (SW 6854)
      WEIL, GOTSHAL & MANGES LLP
      767 Fifth Avenue
      New York, New York 10153
      Telephone: (212) 310-8000
      Facsimile: (212) 310-8007

      ATTORNEYS FOR DEBTORS AND
      DEBTORS IN POSSESSION

# Exhibit A

# Second Supplement to Schedule 8.1

# SECOND SUPPLEMENT TO SCHEDULE 8.1

## Schedule of Executory Contracts and Unexpired Leases
## To Be Assumed Pursuant to the Plan of Reorganization[1]

Inclusion of any contract or lease herein is not an admission that such contract or lease is an executory contract or unexpired lease. The Debtors hereby reserve their rights to assert that any of the contracts or leases on this Schedule 8.1 are not executory contracts or unexpired leases.

| Description of Agreement | Contracting Party | Effective Date | Cure Amount | Contact Information |
|---|---|---|---|---|
| LTPA No. S622601KZD | Space Systems/ Loral, Inc. | March 26, 1998 | $0.00 | Aeroflex Motion Control Systems<br>350 Kennedy Drive<br>Hauppauge, NY 11788 |
| Direct Agreement Relating to Pledge by APT of Satellite Construction Contract | Space Systems/ Loral, Inc. | May 28, 2003 | $0.00 | APT Satellite Company Limited<br>Room 3111-3112<br>31/F One Pacific Place<br>88 Queensway<br>Hong Kong<br><br>Susan P. Liu, Esq.<br>Preston Gates & Ellis LLP<br>1900 Main Street<br>Suite 600<br>Irvine, California 92614-7319<br><br>Bank of China (Hong Kong) Limited<br>14/F Bank of China Tower<br>1 Garden Road<br>Hong Kong |
| Subcontract No. C650242BZS | Space Systems/ Loral, Inc. | January 1, 2003 | $0.00 | Caravan Communication Corporation<br>98 Cuttermill Road<br>Suite 412N<br>Great Neck, NY 11021 |
| Commercial Agreement | Loral SpaceCom Corporation | December 10, 1999 | $0.00 | Eutelsat, S.A.<br>70 Rue Balard<br>75015 Paris, France<br><br>George E.B. Maguire, Esq.<br>Debevoise & Plimpton LLP<br>919 Third Avenue<br>New York, NY 10022 |

---

[1] All executory contracts and unexpired leases between and among Debtors that are included in this Schedule 8.1 shall be deemed assumed by each Debtor that is a party thereto.

| Description of Agreement | Contracting Party | Effective Date | Cure Amount | Contact Information |
|---|---|---|---|---|
| Technical Operating Agreement | Loral SpaceCom Corporation | September 30, 1999 | $0.00 | Eutelsat, S.A.<br>70 Rue Balard<br>75015 Paris, France<br><br>George E.B. Maguire, Esq.<br>Debevoise & Plimpton LLP<br>919 Third Avenue<br>New York, NY 10022 |
| S-700248-EJS Subcontract for Autotrack Feed | Space Systems/ Loral, Inc. | December 5, 2002 | $117,000.00 | Microwave Engineering and Manufacturing<br>10087 Tyler Place<br>Ijamsville, MD 21754 |
| Purchase Order F-705249-KHK | Space Systems/ Loral, Inc. | June 18, 2003 | $175.00 | Midwest Sign & Screen Printing<br>21054 Alexander court<br>Hayward, CA 94545 |
| Purchase Order F-705200-KHK | Space Systems/ Loral, Inc. | May 8, 2003 | $17,423.63 | Minn Mining & Mfg. (A 3M Aerospace Division)<br>Chicago Sales Center<br>4 Westbrook Corporate Center<br>Westchester, IL 60154 |
| Consent Agreement | Space Systems/ Loral, Inc.<br><br>Loral Space & Communications Ltd. | January 9, 2002 | $10,114,284.00 | John P. Cronan, Esq.<br>Assistant United States Attorney<br>Southern District of New York<br>86 Chambers Street<br>New York, NY 10007<br><br>Office of Defense Trade Controls Compliance<br>Bureau of Political Military Affairs<br>U.S. Department of State<br>Washington,<br>District of Columbia 20522 |
| Contract No. SIN0102100 for Marketing and Sales Services | Loral SpaceCom Corporation | February 16, 2001 | $0.00 | Sino Satellite Communications Company Ltd.<br>F7, Block B, Yuetan Tower,<br>No. 2, Yuetanbeijie,<br>Xichengqu, Beijing China 100045 |
| Agreement to Loan Certain Funds to ZAO GlobalTel | Loral Space & Communications Corporation | December 8, 2000 | $0.00 | ZAO GlobalTel<br>Sytinski Perculok 3/25,<br>Building 5<br>103104 Moscow<br>Russian Federation |

| Description of Agreement | Contracting Party | Effective Date | Cure Amount | Contact Information |
|---|---|---|---|---|
| Agreement to Loan Certain Funds to ZAO GlobalTel | Loral Space & Communications Corporation | September 14, 2000 | $0.00 | ZAO GlobalTel Sytinski Pereulok 3/25, Building 5 103104 Moscow Russian Federation |