Weil, Gotshal & Manges LLP
Attorneys for Debtors and
Debtors in Possession
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Stephen Karotkin (SK 7357)
Lori R. Fife (LF 2839)
Shai Y. Waisman (SW 6854)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------x

| | |
|---|---|
| In re | : Chapter 11 Case Nos. |
| | : |
| LORAL SPACE | : LEAD CASE 03-41710 (RDD) |
|   & COMMUNICATIONS LTD., et al., | : 03-41709 (RDD) through |
| | :  03-41728 (RDD) |
| Debtors. | : (Jointly Administered) |

---------------------------------------------------------x

# FIRST AMENDMENT TO SCHEDULE 8.1 TO
# THE DEBTORS' FOURTH AMENDED JOINT PLAN OF
# REORGANIZATION UNDER CHAPTER 11 OF THE BANKRUPTCY CODE

PLEASE TAKE NOTICE that, pursuant to Sections 8.1 and 8.4 of the Debtors' Fourth Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code, dated June 3, 2005 (the "Plan of Reorganization"), on June 22, 2005, the Debtors filed with this Court Schedule 8.1 to the Plan of Reorganization, as supplemented by the Debtors' First Supplement to Schedule 8.1, dated June 23, 2005, and the Debtors' Second Supplement to Schedule 8.1, dated July 14, 2005 (together, "Schedule 8.1"). Schedule 8.1 sets forth the executory contracts and unexpired leases to be assumed pursuant to the Plan of Reorganization and the cure amount(s) that the Debtors propose to pay and seek to have fixed in connection with the Debtors' assumption of such executory contracts and unexpired leases. Pursuant to Section 8.1 of the Plan of Reorganization, annexed hereto as Exhibit A is the Debtors' First Amendment to Schedule 8.1, which sets forth (i) certain executory contracts and unexpired leases that are hereby removed from Schedule 8.1 and therefore shall not be assumed by the Debtors and (ii) changes to certain information with respect to various executory contracts and unexpired leases listed on Schedule 8.1 to be assumed pursuant to the Plan of Reorganization including the cure amount(s) that the Debtors propose to pay and seek to have fixed in connection with such assumption.

Dated: July 14, 2005
      New York, New York

/s/ Shai Y. Waisman
Stephen Karotkin (SK 7357)
Lori R. Fife (LF 2839)
Shai Y. Waisman (SW 6854)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

ATTORNEYS FOR DEBTORS AND
DEBTORS IN POSSESSION

# Exhibit A

# First Amendment to Schedule 8.1

# FIRST AMENDMENT TO SCHEDULE 8.1

## Schedule of Executory Contracts and Unexpired Leases
## To Be Assumed Pursuant to the Plan of Reorganization

Inclusion of any contract or lease herein is not an admission that such contract or lease is an executory contract or unexpired lease. The Debtors hereby reserve their rights to assert that any of the contracts or leases on this Schedule 8.1 are not executory contracts or unexpired leases.

### A. Executory Contracts and Unexpired Leases Removed From Schedule 8.1

| Description of Agreement | Contracting Party | Effective Date | Cure Amount | Contact Information |
|---|---|---|---|---|
| F562 Classified Contract- MAGE | Space Systems/ Loral, Inc. | May 1985 | $0.00 | Classified – MAGE |
| F885 Classified Contract | Space Systems/ Loral, Inc. | June 1989 | $0.00 | Classified – BDM Engineering Support |
| F886 Classified Contract | Space Systems/ Loral, Inc. | April 1989 | $0.00 | Classified – Bedrock |
| Contract No. PRR0201104 | Loral SpaceCom Corporation | December 4, 2002 | $0.00 | China Telecommunications Broadcast Satellite Corp. No. 42 Xue Yuan Road Beijing China 100083<br><br>Sandra E. Mayerson, Esq. Holland & Knight LLP 195 Broadway 24th Floor New York, NY 10007 |
| Occasional Use-MSA | Loral SpaceCom Corporation | October 18, 1999 | $0.00 | CBS Broadcast Distribution 524 West 57th Street Room 1W14-14 New York, NY 10019 |

B. **Amendments of Information with Respect to Certain Executory Contracts and Unexpired Leases on Schedule 8.1**[1]

| Description of Agreement | Contracting Party | Effective Date | Cure Amount | Contact Information |
|---|---|---|---|---|
| BPA 3123 Blank Purchase Agreement for Temporary Labor/Employment Services, as amended | Space Systems/ Loral, Inc. | March 14, 1998 | $4,019.38 | Adecco Technical 10773 N. Wolfe Road Cupertino, CA 95014 |
| BPA 3122 Blank Purchase Agreement for Temporary Labor/Employment Services, as amended | Space Systems/ Loral, Inc. | March 14, 1998 | $92,806.10 | Adecco Technical 10773 N. Wolfe Road Cupertino, CA 95014 |
| F-705230-KHK Purchase Order for Hardware | Space Systems/ Loral, Inc. | June 5, 2003 | $2,073.05 | Alatec (Anxiter Pentacon) 21123 Nordhoff Street Chatsworth, CA 91311 |
| S-676596-REH Subcontract for MBSAT TWTAs, as amended | Space Systems/ Loral, Inc. | September 18, 2001 | $808,045.00 | Boeing-EDD c/o L-3 ETI 3100 West Lomita POB 2999 Torrance, CA 90509-2999 |
| Contract No. C650154BZS | Space Systems/ Loral, Inc. | April 20, 2002 | $0.00 | Caredwara Corporation 3565 Atlanta Industrial Drive Atlanta, GA 30331 |
| Real Estate Lease Agreement for Building 2288, Charleston, Mt View, CA (Building 48) | Space Systems/ Loral, Inc. | December 16, 2002 | $21,814.68 | Michael Cavaletto 902 Thompson Avenue Nipoma, CA 93444 |
| S-622773-Y03 Purchase Release for GAAS/GE Solar Cells, as amended | Space Systems/ Loral, Inc. | January 13, 2003 | $12,000.00 | EMCORE Corporation 10420 Research Road SE Albuquerque, New Mexico, 87106 |
| H-699214-KZD Purchase Release for Fiberglass Fabric | Space Systems/ Loral, Inc. | May 19, 2003 | $5,070.00 | Hexcel Corporation 1331 West Houston Avenue Gilbert, AZ 85233 |
| C650073TML International Representative Agreement | Space Systems/ Loral, Inc. | November 1, 1998 | $687,947.00 | Marubeni Corporation 4-2 Ohtemachi 1-Chrome Chiyado-Ku, Tokyo, Japan |
| SC-995239-AZ Subcontract for Intelsat Hardware and Orbitals, as amended | Space Systems/ Loral, Inc. | 1992 timeframe | $1,986,158.00 | Mitsubishi International Corporation Arlington Office 1530 Wilson Boulevard, Suite 930, Arlington, VA 22209 |

---

[1] All executory contracts and unexpired leases between and among Debtors that are included in this Schedule 8.1 shall be deemed assumed by each Debtor that is a party thereto.

| Description of Agreement | Contracting Party | Effective Date | Cure Amount | Contact Information |
|---|---|---|---|---|
| BPA 2320 Blanket Purchase Agreement for Temporary Labor Services | Space Systems/Loral, Inc. | June 27, 1998 | $22,169.77 | NESCO<br>1999 S. Bascom Avenue<br>Suite 210<br>Campbell, CA 95008 |
| Contract for Terrestrial Capacity | Loral Skynet (n/k/a Loral SpaceCom Corporation) | May 25, 2001 | $32,043.00 | Qwest Communications Corporation<br>1801 California Street<br>Denver, CO 80202 |
| N-657732-PAR Purchase Order for Equipment Rental and Calibration, as amended | Space Systems/Loral, Inc. | May 1, 1999 | $1,905.25 | SE Labs<br>1065 Comstock<br>Santa Clara, California 95054 |
| N-657600-PAR Purchase Order for Equipment Rental and Calibration, as amended | Space Systems/Loral, Inc. | September 24, 1998 | $172,473.95 | SE Labs<br>1065 Comstock<br>Santa Clara, California 95054 |
| N-657684-PAR Purchase Order for Equipment Rental and Calibration, as amended | Space Systems/Loral, Inc. | February 25, 1999 | $168,692.27 | SE Labs<br>1065 Comstock<br>Santa Clara, California 95054 |
| Contract for Terrestrial Capacity | Loral Cyberstar, Inc. (n/k/a Loral Skynet Network Services, Inc.) | December 6, 2000, as amended | $123,895.44 | Southern Cross Cable Network<br>41 Cedar Avenue<br>Hamilton HM12<br>Bermuda<br><br>Pacific Carriage Limited<br>41 Cedar Avenue<br>Hamilton HM12<br>Bermuda |
| BPA 3135 Blanket Purchase Agreement for Fabrication Services | Space Systems/Loral, Inc. | July 28, 1998 | $0.00 | Walton Engineering<br>1252 Alderwood Avenue<br>Sunnyvale, CA 94089 |
| P-700314-TSF Purchase Order for Attenuators | Space Systems/Loral, Inc. | June 27, 2003 | $0.00 | Walton Engineering<br>1252 Alderwood Avenue<br>Sunnyvale, CA 94089 |
| P-700299-TSF Purchase Order for Beam Forming Network | Space Systems/Loral, Inc. | May 13, 2003 | $0.00 | Walton Engineering<br>1252 Alderwood Avenue<br>Sunnyvale, CA 94089 |
| B-706329-JFM Purchase Release for Fabrication Services | Space Systems/Loral, Inc. | June 13, 2003 | $1,140.00 | Walton Engineering<br>1252 Alderwood Avenue<br>Sunnyvale, CA 94089 |
| B-706366-JFM Purchase Release for Fabrication Services | Space Systems/Loral, Inc. | July 10, 2003 | $0.00 | Walton Engineering<br>1252 Alderwood Avenue<br>Sunnyvale, CA 94089 |
| B-706368-JFM Purchase Release for Fabrication Services | Space Systems/Loral, Inc. | July 10, 2003 | $0.00 | Walton Engineering<br>1252 Alderwood Avenue<br>Sunnyvale, CA 94089 |

| Description of Agreement | Contracting Party | Effective Date | Cure Amount | Contact Information |
|---|---|---|---|---|
| B-706369-JFM Purchase Release for Fabrication Services | Space Systems/ Loral, Inc. | July 10, 2003 | $0.00 | Walton Engineering 1252 Alderwood Avenue Sunnyvale, CA 94089 |
| B-706363-JFM Purchase Release for Fabrication Services | Space Systems/ Loral, Inc. | June 25, 2003 | $0.00 | Walton Engineering 1252 Alderwood Avenue Sunnyvale, CA 94089 |
| B-706364-JFM Purchase Release for Fabrication Services | Space Systems/ Loral, Inc. | June 25, 2003 | $0.00 | Walton Engineering 1252 Alderwood Avenue Sunnyvale, CA 94089 |
| B-706365-JFM Purchase Release for Fabrication Services | Space Systems/ Loral, Inc. | June 25, 2003 | $0.00 | Walton Engineering 1252 Alderwood Avenue Sunnyvale, CA 94089 |
| B-706277-JFM Purchase Release for Fabrication Services | Space Systems/ Loral, Inc. | June 5, 2003 | $0.00 | Walton Engineering 1252 Alderwood Avenue Sunnyvale, CA 94089 |
| B-706361-JFM Purchase Release for Fabrication Services | Space Systems/ Loral, Inc. | June 25, 2003 | $0.00 | Walton Engineering 1252 Alderwood Avenue Sunnyvale, CA 94089 |
| B-706362-JFM Purchase Release for Fabrication Services | Space Systems/ Loral, Inc. | June 25, 2003 | $0.00 | Walton Engineering 1252 Alderwood Avenue Sunnyvale, CA 94089 |
| B-706367-JFM Purchase Release for Fabrication Services | Space Systems/ Loral, Inc. | July 10, 2003 | $0.00 | Walton Engineering 1252 Alderwood Avenue Sunnyvale, CA 94089 |
| B-706342-JFM Purchase Release for Fabrication Services | Space Systems/ Loral, Inc. | June 18, 2003 | $0.00 | Walton Engineering 1252 Alderwood Avenue Sunnyvale, CA 94089 |
| B-706276-JFM Purchase Release for Fabrication Services | Space Systems/ Loral, Inc. | June 5, 2003 | $0.00 | Walton Engineering 1252 Alderwood Avenue Sunnyvale, CA 94089 |
| B-706228-JFM Purchase Release for Fabrication Services | Space Systems/ Loral, Inc. | May 20, 2003 | $0.00 | Walton Engineering 1252 Alderwood Avenue Sunnyvale, CA 94089 |
| B-706274-JFM Purchase Release for Fabrication Services | Space Systems/ Loral, Inc. | June 5, 2003 | $0.00 | Walton Engineering 1252 Alderwood Avenue Sunnyvale, CA 94089 |
| B-706275-JFM Purchase Release for Fabrication Services | Space Systems/ Loral, Inc. | June 5, 2003 | $0.00 | Walton Engineering 1252 Alderwood Avenue Sunnyvale, CA 94089 |
| B-696192-RWR Purchase Release for Cable Assemblies | Space Systems/ Loral, Inc. | June 3, 2003 | $3,320.00 | WL Gore & Associates, Inc. 402 Vieve's Way Elkton, MD 21921 |