Weil, Gotshal & Manges LLP
Attorneys for Debtors and
Debtors in Possession
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Stephen Karotkin (SK 7357)
Lori R. Fife (LF 2839)
Shai Y. Waisman (SW 6854)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------x
                                 :

| | | |
|---|---|---|
| In re | : | Chapter 11 Case Nos. |
| | : | |
| LORAL SPACE | : | LEAD CASE 03-41710 (RDD) |
|   & COMMUNICATIONS LTD., et al., | : | 03-41709 (RDD) through |
| | : | 03-41728 (RDD) |
| Debtors. | : | (Jointly Administered) |
| | : | |

---------------------------------------------------------x

**THIRD SUPPLEMENT TO SCHEDULE 8.1 TO**
**THE DEBTORS' FOURTH AMENDED JOINT PLAN OF**
<u>**REORGANIZATION UNDER CHAPTER 11 OF THE BANKRUPTCY CODE**</u>

PLEASE TAKE NOTICE that, pursuant to Sections 8.1 and 8.4 of the Debtors' Fourth Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code, dated June 3, 2005 (the "Plan of Reorganization"), on June 22, 2005, the Debtors filed with this Court Schedule 8.1 to the Plan of Reorganization, as supplemented by the Debtors' First Supplement to Schedule 8.1, dated June 23, 2005 and the Debtors' Second Supplement to Schedule 8.1, dated July 14, 2005 and as amended by the Debtors' First Amendment to Schedule 8.1, dated July 14, 2005 (together, "Schedule 8.1"). Schedule 8.1 sets forth the executory contracts and unexpired leases to be assumed pursuant to the Plan of Reorganization and the cure amount(s) that the Debtors propose to pay and seek to have fixed in connection with the Debtors' assumption of such executory contracts and unexpired leases. Pursuant to Section 8.1 of the Plan of Reorganization, annexed hereto is the Debtors' Third Supplement to Schedule 8.1, which sets forth certain additional executory contracts and unexpired leases to be assumed pursuant to the Plan of Reorganization and the cure amount(s) that the Debtors propose to pay and seek to have fixed in connection with such assumption.

Dated: July 25, 2005
     New York, New York

    /s/ Shai Y. Waisman
    Stephen Karotkin (SK 7357)
    Lori R. Fife (LF 2839)
    Shai Y. Waisman (SW 6854)
    WEIL, GOTSHAL & MANGES LLP
    767 Fifth Avenue
    New York, New York 10153
    Telephone: (212) 310-8000
    Facsimile: (212) 310-8007

    ATTORNEYS FOR DEBTORS AND
    DEBTORS IN POSSESSION

# THIRD SUPPLEMENT TO SCHEDULE 8.1

## Schedule of Executory Contracts and Unexpired Leases
## To Be Assumed Pursuant to the Plan of Reorganization[1]

Inclusion of any contract or lease herein is not an admission that such contract or lease is an executory contract or unexpired lease. The Debtors hereby reserve their rights to assert that any of the contracts or leases on this Schedule 8.1 are not executory contracts or unexpired leases.

| Description of Agreement | Contracting Party | Effective Date | Cure Amount | Contact Information |
|---|---|---|---|---|
| Payroll Total Pay Agreement | Loral Skynet, a division of Loral SpaceCom Corporation | May 8, 2000 | $0.00 | ADP<br>101 Herrod Boulevard<br>PO Box 799<br>Dayton, NJ 08810 |
| Payroll Processing Services Agreement | Loral Skynet, a division of Loral SpaceCom Corporation | November 30, 2001 | $0.00 | ADP<br>101 Herrod Boulevard<br>PO Box 799<br>Dayton, NJ 08810 |
| Non-Disclosure Agreement | Loral Orion, Inc. | December 10, 2002 | $0.00 | APT Satellite Company Limited<br>Room 3111-3112<br>31/F One Pacific Place<br>88 Queensway<br>Hong Kong<br><br>Susan P. Liu, Esq.<br>Preston Gates & Ellis LLP<br>1900 Main Street<br>Suite 600<br>Irvine, California 92614-7319 |
| Technical Assistance Agreement No. 1710-00E | Space Systems/Loral, Inc. | July 4, 2002 | $0.00 | Arianespace S.A.<br>Boulevard de l'Europe,<br>BP 177<br>91006 Evry<br>France |
| Technical Assistance Agreement No. 1710-00F | Space Systems/Loral, Inc. | April 23, 2003 | $0.00 | Arianespace S.A.<br>Boulevard de l'Europe,<br>BP 177<br>91006 Evry<br>France |
| Technical Assistance Agreement No. 313-00B | Space Systems/Loral, Inc. | September 20, 2002 | $0.00 | Arianespace S.A.<br>Boulevard de l'Europe,<br>BP 177<br>91006 Evry<br>France |

---

[1] All executory contracts and unexpired leases between and among Debtors that are included in this Schedule 8.1 shall be deemed assumed by each Debtor that is a party thereto.

| Description of Agreement | Contracting Party | Effective Date | Cure Amount | Contact Information |
|---|---|---|---|---|
| Contract No. GS-C-02-0612 for the Globalstar Second General Satellite System | Space Systems/ Loral, Inc. | July 16, 2002 | $0.00 | Globalstar, L.P.<br>3200 Zanker Road<br>San Jose, CA 95134<br><br>W. Timothy Miller, Esq.<br>Taft, Stettinius & Hollister LLP<br>425 Walnut Street<br>Suite 1800<br>Cincinnati, Ohio 45202 |
| Regulatory, Marketing and Sales Services Agreement | Loral Orion, Inc. | January 18, 2002 | $0.00 | Loral Skynet do Brasil<br>Av. Rio Branco, 01-Sala 1608, NESTA<br>Rio de Janeiro<br>Brazil |