Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Attorneys for Debtors and
 Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------x
                                                                    :
In re                                                              :         Chapter 11 Case Nos.
                                                                    :
LORAL SPACE                                              :         LEAD CASE 03-41710 (RDD)
  & COMMUNICATIONS LTD., <u>et al.</u>,     :         03-41709 (RDD) through
                                                                    :         03-41728 (RDD)
              Debtors.                                       :         (Jointly Administered)
                                                                    :
---------------------------------------------------------x

### NOTICE OF ENTRY OF ORDER PURSUANT TO
### SECTION 1129(a) OF THE BANKRUPTCY CODE AND RULE
### 3020 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE
### <u>CONFIRMING DEBTORS' JOINT PLAN OF REORGANIZATION, AS MODIFIED</u>

TO CREDITORS, EQUITY INTEREST HOLDERS AND OTHER PARTIES IN INTEREST:

   PLEASE TAKE NOTICE that the Debtors' Fourth Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code, dated June 3, 2005 (as modified and amended, the "Plan of Reorganization"), of Loral Space & Communications Ltd. ("Loral Ltd.") and its affiliated debtors in the above-referenced chapter 11 cases (collectively, the "Debtors"), each of which is identified below, was approved by the Honorable Robert D. Drain, United States Bankruptcy Judge, and an order confirming the Plan of Reorganization (the "Confirmation Order") was entered by the Clerk of the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") on July __, 2005. Unless otherwise defined in this notice, capitalized terms used in this notice shall have the meanings ascribed to them in the Plan of Reorganization and the Confirmation Order.

   PLEASE TAKE FURTHER NOTICE that the Confirmation Order is available for inspection in the office of the Clerk of the Bankruptcy Court at the United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004. The Confirmation Order is also available on the Debtors' website: www.loral.com and on the Bankruptcy Services, LLC website: www.bsillc.com.

   PLEASE TAKE FURTHER NOTICE that the Plan of Reorganization and Plan Supplement, including all injunctive provisions therein, are binding on the Debtors, the Reorganized Debtors including New Loral, New Skynet and New SS/L, any entity acquiring or receiving property or a distribution under the Plan of Reorganization, and any holder of a Claim against or Equity Interest in the Debtors as of June 2, 2005, the Court-approved Voting Record Date, including all governmental entities, whether or not the Claim or Equity Interest of such holder is impaired under the Plan of Reorganization and whether or not such holder or entity has accepted the Plan of Reorganization.

   PLEASE TAKE FURTHER NOTICE that notwithstanding any omission from Schedule 8.1 to the Plan of Reorganization, all non-disclosure agreements to which any of the Debtors is a counterparty shall be deemed assumed upon entry of the confirmation order expressly conditioned upon

and subject to the occurrence of the Effective Date and the cure costs in connection with each such agreement shall be fixed at $0.00.

PLEASE TAKE FURTHER NOTICE that on or before the ninetieth (90th) day after the Effective Date, all applications for final allowances of compensation and reimbursement of expenses pursuant to sections 327, 328, 330, 503(b), and 1103 of the Bankruptcy Code for professional services rendered up to the Confirmation Date (each a "Final Fee Application") must be filed with the Bankruptcy Court, together with proof of service thereof, and served on (i) Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Stephen Karotkin, Esq., Lori R. Fife, Esq. and Shai Y. Waisman, Esq.), the attorneys for the Debtors, (ii) the Office of the United States Trustee, 33 Whitehall Street, 21st floor, New York, New York 10004 (Attn: Pamela J. Lustrin, Esq.), (iii) Shearman & Sterling, 599 Lexington Avenue, New York, New York 10022 (Attn: James L. Garrity, Jr., Esq.), attorneys for the Joint Provisional Liquidators appointed by the Supreme Court of Bermuda in respect of certain of the Debtors herein, (iv) Akin Gump Strauss Hauer & Feld LLP, 590 Madison Avenue, New York, New York 10022 (Attn: David H. Botter, Esq.), the attorneys for the statutory committee of unsecured creditors appointed in these chapter 11 cases, and (v) Sonnenschein Nath & Rosenthal LLP, 1221 Avenue of the Americas, New York, New York 10020 (Attn: Peter D. Wolfson, Esq. and John A. Bicks, Esq.), the attorneys for the statutory committee of equity security holders appointed in these chapter 11 cases.

PLEASE TAKE FURTHER NOTICE that objections, if any, to any Final Fee Applications shall be filed with the Court, together with proof of service thereof, and served upon the applicant and the parties identified above, so as to be actually received and filed not later than 4:00 p.m. prevailing Eastern Time on the date that is five (5) business days prior to the hearing on the Final Fee Applications.

Dated: July __, 2005
New York, New York

Name of Debtor Entities and Case Numbers

| Loral SpaceCom Corporation | 03-41709 (RDD) |
| --- | --- |
| Loral Space & Communications Ltd. | 03-41710 (RDD) |
| Loral Space & Communications Corporation | 03-41711 (RDD) |
| Loral Satellite, Inc. | 03-41712 (RDD) |
| Space Systems/Loral, Inc. | 03-41713 (RDD) |
| Loral Communications Services, Inc. | 03-41714 (RDD) |
| Loral Ground Services, L.L.C. | 03-41715 (RDD) |
| Loral Orion, Inc. | 03-41716 (RDD) |
| Loral CyberStar Global Services, Inc. | 03-41717 (RDD) |
| Loral Cyberstar GmbH | 03-41718 (RDD) |
| Loral CyberStar Japan, Inc. | 03-41719 (RDD) |
| Loral CyberStar Services, Inc. | 03-41720 (RDD) |
| Loral CyberStar Holdings, L.L.C. | 03-41721 (RDD) |
| Loral CyberStar International, Inc. | 03-41722 (RDD) |
| Loral Asia Pacific Satellite (HK) Limited | 03-41723 (RDD) |
| SS/L Export Corporation | 03-41724 (RDD) |
| CyberStar, L.P. | 03-41725 (RDD) |
| CyberStar, L.L.C. | 03-41726 (RDD) |
| Loral Skynet Network Services, Inc. | 03-41727 (RDD) |
| Loral Licensing Ltd. | 03-41728 (RDD) |